IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WICKER'S FOOD PRODUCTS, INC., <br>     Plaintiff, <br> <br> v. <br> <br> WICKER'S TX LLC, <br>     Defendant. | §§§§§§§§ | Civil Action No. 4:23-cv-0033-O |

**SUPPLEMENTAL JOINT MEDIATION REPORT
AND NOTICE OF SETTLEMENT**

Pursuant to the Court's *Electronic Order* (Doc. 24) and the Parties' *Joint Mediation Report* (Doc. 25), Plaintiff, Wicker's Food Products, Inc., and Defendant, Wicker's TX LLC (together with Plaintiff, the "Parties"), hereby file this Supplemental Joint Mediation Report and Notice of Settlement, as follows:

The Parties participated in mediation on August 28, 2023, pursuant to the Electronic Order and as previously reported in the Joint Mediation Report. Present for the mediation were trademark counsel for Plaintiff, R. Emmett McAuliffe; corporate representative for Plaintiff, Jeff Jones; counsel for Defendant, John M. Bustamante; and Defendant's corporate representative, Wes Wicker. Mediation occurred at the office of mediator Louis T. Pirkey, at the law firm of Pirkey Barber PLLC, Austin, Texas. At the conclusion of the mediation session on August 28, the Parties were close to a settlement in principle.

Following additional negotiations after the mediation session, the Parties have finalized the terms of a settlement and are working on final settlement documentation and dismissal documentation.

Accordingly, the Parties respectfully request that the deadlines and settings, and any other matters in this case, be stayed due to the settlement of this dispute.

134603374v.1

The Parties also ask that the Court retain jurisdiction and keep the case open until the settlement can be completed. The Parties anticipate filing dismissal documentation within 30 days.

134603374v.1

Respectfully submitted,

*/s/ Vincent J. Hess*
Vincent J. Hess
Texas Bar No. 09549417
vhess@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

Randall D. Grady *(pro hac vice)*
Missouri Bar No. 36216
rdg@riezmanberger.com
RIEZMAN BERGER, P.C.
7700 Bonhomme Ave., 7th Floor
St. Louis, Missouri 63105
Telephone: (314) 727-0101
Facsimile: (314) 727-6458

**ATTORNEYS FOR PLAINTIFF, WICKER'S FOOD PRODUCTS, INC.**

*/s/ John M. Bustamante with permission*
John M. Bustamante
Texas State Bar No. 24040618
JohnB@woolseymorcom.com
WOOLSEY MORCOM, PLLC
200 East Grayson, Suite 210
San Antonio, Texas 78215
Telephone: (210) 960-5805
Facsimile: (904) 638-9302

Zachary R. Redington
Texas State Bar No. 24041757
zach@redingtonlaw.com
REDINGTON & REDINGTON
6510 Abrams Road, Suite 407
Dallas, Texas 75231
Telephone: (214) 744-1886

**ATTORNEYS FOR DEFENDANT, WICKER'S TX LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2023, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and/or email pursuant to the Federal Rules of Civil Procedure.

*/s/ Vincent J. Hess*
Counsel for Plaintiff