IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WICKER'S FOOD PRODUCTS, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>WICKER'S TX LLC,<br>　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 4:23-cv-0033-O<br>§<br>§<br>§ |

### THIRD SUPPLEMENTAL JOINT MEDIATION REPORT
### AND NOTICE OF SETTLEMENT

Pursuant to the Court's Electronic Order (Doc. 24), the Parties' Joint Mediation Report (Doc. 25), the Supplemental Joint Mediation Report and Notice of Settlement (Doc. 26), the Second Supplemental Joint Mediation Report and Notice of Settlement (Doc. 28), and the Court's Order (Doc. 29), Plaintiff, Wicker's Food Products, Inc., and Defendant, Wicker's TX LLC (together with Plaintiff, the "Parties"), hereby file this Third Supplemental Joint Mediation Report and Notice of Settlement, as follows:

The Parties participated in mediation on August 28, 2023, pursuant to the Electronic Order and as previously reported in the Joint Mediation Report. Present for the mediation were trademark counsel for Plaintiff, R. Emmett McAuliffe; corporate representative for Plaintiff, Jeff Jones; counsel for Defendant, John M. Bustamante; and Defendant's corporate representative, Wes Wicker. Mediation occurred at the office of mediator Louis T. Pirkey, at the law firm of Pirkey Barber PLLC, Austin, Texas. At the conclusion of the mediation session on August 28, the Parties were close to a settlement in principle.

Following additional negotiations after the mediation session, the Parties have finalized the terms of a settlement and are working on finalization and execution of settlement documentation and dismissal documentation.

1

135140457v.1

Accordingly, the Parties respectfully request a short additional extension of time, to November 3, 2023, for the submission of dismissal documentation.

        Respectfully submitted,

        */s/ Vincent J. Hess*
        Vincent J. Hess
        Texas Bar No. 09549417
        vhess@lockelord.com
        LOCKE LORD LLP
        2200 Ross Avenue, Suite 2800
        Dallas, Texas 75201
        Telephone: (214) 740-8000
        Facsimile: (214) 740-8800

        Randall D. Grady *(pro hac vice)*
        Missouri Bar No. 36216
        rdg@riezmanberger.com
        RIEZMAN BERGER, P.C.
        7700 Bonhomme Ave., 7th Floor
        St. Louis, Missouri 63105
        Telephone: (314) 727-0101
        Facsimile: (314) 727-6458

        **ATTORNEYS FOR PLAINTIFF, WICKER'S FOOD PRODUCTS, INC.**

        */s/ John M. Bustamante with permission*
        John M. Bustamante
        Texas State Bar No. 24040618
        JohnB@woolseymorcom.com
        WOOLSEY MORCOM, PLLC
        200 East Grayson, Suite 210
        San Antonio, Texas 78215
        Telephone: (210) 960-5805
        Facsimile: (904) 638-9302

        Zachary R. Redington
        Texas State Bar No. 24041757
        zach@redingtonlaw.com
        REDINGTON & REDINGTON
        6510 Abrams Road, Suite 407
        Dallas, Texas 75231
        Telephone: (214) 744-1886

        **ATTORNEYS FOR DEFENDANT, WICKER'S TX LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and/or email pursuant to the Federal Rules of Civil Procedure.

/s/ <i>Vincent J. Hess</i>
Counsel for Plaintiff

135140457v.1